AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  GGC Legacy Janitorial Services, LLC
was received by me on *(date)*  January 9, 2023

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
_____ on (*date*) _____ ; or

☒ I served the summons on *(name of individual)*  Katina Karoutas of Legalinc Corporate Services Inc. , who is
designated by law to accept service of process on behalf of  GGC Legacy Janitorial Services, LLC
at 17470 N. Pacesetter Way, Scottsdale, AZ 85255   on *(date)*  January 13, 2023 at 10:41am  ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  January 14, 2023

*Server's signature*

Mark Hepp (MC#7803)/ LegalServe
*Printed name and title*

1040 W. Juanita Avenue, Gilbert, AZ 85233
*Server's address*

Additional information regarding service, etc:

Documents served along with SUMMONS are: LETTER; VERIFIED COMPLAINT; CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.