AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jane Doe Johnson__
was received by me on *(date)* __January 9, 2023__

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
_____ on (*date*) _____ ; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because __George Johnson stated he was not married__ ; or

❐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   January 14, 2023

*Server's signature*

Mark Hepp (MC#7803)/ LegalServe
*Printed name and title*

1040 W. Juanita Avenue, Gilbert, AZ 85233
*Server's address*

Additional information regarding service, etc: