**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
        chris@bendaulaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Ignacio Xalamihua**, <br><br> Plaintiff, <br><br> v. <br><br> **GGC Legacy Janitorial Services, LLC**, et al., <br><br> Defendants. | No. 4:23-cv-00009-BGM <br><br> **PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS** |

Plaintiff, Ignacio Xalamihua ("Plaintiff"), requests that the Clerk of Court enter default against Defendants, GGC Legacy Janitorial Services, LLC, and George Johnson ("Defendants"), pursuant to Fed. R. Civ. P. 55(a). In support of this request, Plaintiff relies on the record in this case and the affidavit submitted as "**Exhibit A**.

RESPECTFULLY SUBMITTED this 8th day of March, 2023.

BENDAU & BENDAU PLLC

By: /s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II
Christopher J. Bendau
*Attorneys for Plaintiff*

-1-

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th Day of March, 2023, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record via the CM/ECF system.  A copy of the foregoing was also sent via email to the following:

> GGC Legacy Janitorial Services, LLC, via
> Legalinc. Corporate Services Inc., its
> Registered Statutory Agent
> 17470 N. Pacesetter Way
> Scottsdale, AZ 85255
>
> George Johnson
> 10000 N. 31st Ave., Ste. C201
> Phoenix, AZ 85051
>
> *Defendants GGC Legacy Janitorial Services LLC and George Johnson*

/s/ *Clifford P. Bendau, II*