**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
       chris@bendaulaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Ignacio Xalamihua**, <br><br> Plaintiff, <br><br> v. <br><br> **GGC Legacy Janitorial Services, LLC**, et al., <br><br> Defendants. | No. 4:23-cv-00009-BGM <br><br> **DECLARATION OF CLIFFORD P. BENDAU, II IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS** |

I, Clifford P. Bendau, II, declare under penalty of perjury that the following is true and correct:

1. I am one of the attorneys for Plaintiff, and I am familiar with the file, records, and pleadings in this matter.

2. The Complaint was filed on January 6, 2023. (Doc. 1).

3. Defendants, GGC Legacy Janitorial Services LLC and George Johnson (collectively "Defendants"), were served on January 12, 2023, as reflected in the proofs of service filed on February 23, 2023 (Docs. 8-9).

4. Defendants' Answers or other responses to the Complaint were due on or before February 2, 2023.

5. To date, the above-named Defendants have failed to plead or otherwise defend within the time allowed and, therefore, are now in default.

6. Plaintiff requests that the Clerk of the Court enter default against each of the Defendants, jointly and severally.

7. In compliance with the requirements of 50 U.S.C. § 520, I verify that to the best of my knowledge, information, and belief, the Defendants are not in the military service.

**WHEREFORE**, the undersigned requests the Clerk of this Court to enter default of the Defendants, GGC Legacy Janitorial Services LLC and George Johnson.

EXECUTED this 8th Day of March, 2023.

BENDAU & BENDAU PLLC

/s/ *Cifford P. Bendau, II*
Clifford P. Bendau, II
Christopher J. Bendau
Attorneys for Plaintiff

2