# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ignacio Xalamihua,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GGC Legacy Janitorial Services LLC, et al.,<br><br>　　　　Defendants. | **NO. CV-23-00009-TUC-BGM**<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendant GGC Legacy Janitorial Services, LLC, and George Johnson. IT IS FURTHER ORDERED that Plaintiff is awarded $3,060 plus post-judgment interest against Defendant GGC Legacy Janitorial Services LLC, and that Defendants GGC Legacy Janitorial Services LLC and George Johnson shall be jointly and severally liable for $2,304 of that amount.

　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

December 26, 2023

　　　　　　　　　　　　　　　　　s/ M. Espinoza
　　　　　　　　　　　　　　By　 Deputy Clerk